② pas
①

(Rev. 10/2002) General Document

FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
## Southern District of Florida

JAN 04 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Case Number: _____

NISSIM SULEMAN
PRO SE
_____
Plaintiff(s)

Southern Court
400 N MIAMI AVE
MIAMI FL 33128

v.

DARDEN RESTAURANT INC
Stockholder
FOR YARD HUOSE USA INC
A DELEWAR CORPORATION DBA YAR HUOSE
_____
Defendant(s)

## COMPLAINT
(TITLE OF DOCUMENT)

PRO SE, NISSIM SULEMAN _____ plaintiff or ~~defendant~~, in the above styled cause,

Complaint against Defendant DARDEN RESTAURANTS INC The Stockholder And controlling The company YARD ~~House~~ HOUSE USA INC A DELAWARE Corporation DBA YARD House continue Evidence

CASE NO 2018-032486 CA01
Move from the state court to federal

(Rev. 10/2002) General Document

COURT

Plaintiff complaint about

1) Civil Wrong

2) Misrepresentation

Fraud and Fraudulent

This complaint it service with summons to Defendant on 04/1/2023

**Certificate of Service**

I PRO SE NISSIM SULEMAN, certify that on this date 4/2023 a true copy of the foregoing document was mailed to: DARDEN RESTAURANT INC
name(s) and address(es)

CORPORATE CREATIONS INC NETWORK INC
3411 SILVERSIDE ROAD TATNALL BUILDING STE 104
WILMINGTON NEW CASTLE DE 19810

By: NISSIM SULEMAN
NISSIM SULEMAN
Printed or typed name of Filer

PRO SE
Florida Bar Number

Signature of Filer

NISSIM.SULEMAN26@gmail
E-mail address

786 660 6214
Phone Number

Facsimile Number

17990 S glades DR
Street Address

NORT MIAMI Beach FL 33169